## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00546-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

QUENTIN E. OLER,

    Defendant.

_____

## ORDER
_____

    PURSUANT to and in accordance with Order entered by the Honorable Judge Christine M. Arguello on December 18, 2013, it is

    ORDERED that Defendant Quentin E. Oler is sentenced to TIME SERVED.

    DATED: December 18, 2013

                                    BY THE COURT:

                                    _____
                                    Christine M. Arguello
                                    United States District Judge